UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY TOBIAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　Defendant. | Civil Action No. 21-2809 (TJK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: March 23, 2023
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. Bar #481052
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　　Chief, Civil Division

By:　*/s/ Josh Loevy*　　　　　　　　　　By:　　　*/s/ Stephen DeGenaro*
　　Josh Loevy, D.C. Bar No. IL0105　　　　STEPHEN DEGENARO
　　Matthew Topic, D.C. Bar No. IL 0037　　D.C. Bar # 1047116
　　Merrick Wayne, D.C. Bar No. IL 0058　　Assistant United States Attorney
　　LOEVY & LOEVY　　　　　　　　　　　601 D Street, NW
　　311 North Aberdeen, 3rd Floor　　　　　Washington, DC 20530
　　Chicago, IL 60607　　　　　　　　　　　202-252-7229
　　312-243-5900　　　　　　　　　　　　　Stephen.DeGenaro@usdoj.gov
　　foia@loevy.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*

*Counsel for Plaintiff*